## 37565. MUNDY v. CLAYTON COUNTY BOARD OF TAX ASSESSORS et al.

CLARKE, Justice.
Judgment affirmed without opinion pursuant to Rule 59.
*Jordan, C. J., Hill, P. J., Marshall, Smith and Gregory, JJ., concur.*

DECIDED SEPTEMBER 23, 1981.

*Watson, Brown, Foster & Murphy, John L. Watson, Jr.,* for appellant.
*C. Crandle Bray, Donald M. Comer,* for appellees.